# Memorandum

United States Attorney's Office
Eastern District of California



| Subject: | 2:20-CR-012-JAM<br>United States v. Thomas | Date: | **January 23, 2020** |
|---|---|---|---|
| To: | **The Honorable John A. Mendez** | From: | **Tanya B. Syed<br>U.S. Attorney's Office<br>Eastern District of California<br>501 I Street, Ste 10-100<br>Sacramento, California 95814<br>Telephone: (916) 554-2700<br>Fax: (916) 554-2900** |

    The United States requests that the Court set the above-referenced matter for the Court's 2:00 p.m. calendar on January 24, 2020, for arraignment on the indictment filed on January 16, 2020.

    The parties have been contacted informally, and they will have additional notice through this request and any further notice the Court files.

    Reginald Thomas is currently in custody at the Sacramento County Main Jail. The United States requests that he be transported for the arraignment.