MCGREGOR W. SCOTT
United States Attorney
TANYA B. SYED
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>     v.<br><br>REGINALD THOMAS,<br><br>   Defendant. | Case No. 2:11-CR-216-MCE<br><br>**ORDER RELATING CASES**<br><br>[EDCA L.R. 123] |
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>     v.<br><br>REGINALD THOMAS,<br><br>   Defendant. | Case No. 2:20-CR-012-JAM<br><br>**ORDER RELATING CASES**<br><br>[EDCA L.R. 123] |

**ORDER**

For the reasons set forth in the Notice of Related Cases filed by counsel for the United States, the Court finds that the Criminal Case captioned <u>United States v. Thomas,</u> Case No. 2:11-CR-216-MCE, is related to the case of <u>United States v. Thomas,</u> Case No. 2:20-CR-012-JAM, within the meaning of Local Rule 123(f) and assignment of these actions to a single district judge is likely to effect a savings of judicial effort.

Based upon this finding and pursuant to Local Rule 123(f), IT IS HEREBY ORDERED:

1. The Clerk of the Court shall REASSIGN the case of <u>United States v. Thomas</u>, Case No. 2:20-CR-012-JAM, to the Honorable Morrison C. England, Jr. and that case shall be designated "Case No. 2:20-CR-012-MCE" all dates and hearings are VACATED;

2. This matter is reset for a Status Conference on May 14, 2020, at 10:00 a.m. in courtroom 7. The parties are encouraged to file a Notice of Exclusion of Time if amenable.

3. The Clerk of the Court shall make appropriate adjustment in the assignment of cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: February 25, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE