MCGREGOR W. SCOTT
United States Attorney
Tanya B. Syed
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REGINALD THOMAS,<br><br>Defendant. | CASE NO. 2:20-CR-012-MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: May 14, 2020<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on March 17, 2020 in front of the Honorable John A. Mendez and time was excluded through March 17, 2020. Docket 4.

2. By previous order, this matter was reassigned to the Honorable Morrison C. England, Jr. and set for status on May 14, 2020. Docket 10.

3. By this stipulation, defendant now moves to exclude time between March 17, 2020, and May 14, 2020, under Local Code T4.

4. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes numerous reports and related documents, photographs, audio recordings, and videos.

| | |
|---|---|
| 1 | All of this discovery has been either produced directly to counsel and/or made available for |
| 2 | inspection and copying. |
| 3 |     b)     Counsel for defendant desires additional time to conduct investigation and |

All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b)    Counsel for defendant desires additional time to conduct investigation and research related to the charges, review discovery for this matter, and to discuss potential resolutions with his client.

    c)    Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d)    The government does not object to the continuance.

    e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 17, 2020 to May 14, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/
/
/
/
/
/
/
/
/
/

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 26, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ Tanya B. Syed
Tanya B. Syed
Assistant United States Attorney

Dated: February 26, 2020

/s/ Olaf W. Hedberg
Olaf W. Hedberg
Counsel for Defendant
Reginald Thomas

**ORDER**

IT IS SO ORDERED.

Dated: March 2, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE