McGREGOR W. SCOTT
United States Attorney
TANYA B. SYED
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>                  v.<br><br>REGINALD THOMAS,<br><br>                  Defendant. | CASE NO. 2:20-CR-012-MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: January 14, 2021<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 14, 2021.

2. By this stipulation, defendant now moves to continue the status conference until March 18, 2021, and to exclude time between January 14, 2021, and March 18, 2021, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes numerous reports and related documents, photographs, audio recordings, and videos. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Upon defendant's request, new counsel for the defendant was appointed on

1  December 17, 2021.  Counsel for defendant desires additional time to continue to conduct
2  investigation and research related to the charges, review discovery for this matter, to discuss
3  potential resolutions with her client, and to otherwise prepare for trial.
4  　　　　c)　　　Counsel for defendant believes that failure to grant the above-requested
5  continuance would deny her the reasonable time necessary for effective preparation, taking into
6  account the exercise of due diligence.
7  　　　　d)　　　The government does not object to the continuance.
8  　　　　e)　　　Based on the above-stated findings, the ends of justice served by continuing the
9  case as requested outweigh the interest of the public and the defendant in a trial within the
10  original date prescribed by the Speedy Trial Act.
11  　　　　f)　　　For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
12  et seq., within which trial must commence, the time period of January 14, 2021 to March 18,
13  2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code
14  T4] because it results from a continuance granted by the Court at defendant's request on the basis
15  of the Court's finding that the ends of justice served by taking such action outweigh the best
16  interest of the public and the defendant in a speedy trial.
17  /
18  /
19  /
20  /
21  /
22  /
23  /
24  /
25  /
26  /
27  /
28  /

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| Dated: January 11, 2021 | McGREGOR W. SCOTT<br>United States Attorney |
|---|---|
| | /s/ TANYA B. SYED<br>TANYA B. SYED<br>Assistant United States Attorney |
| Dated: January 11, 2021 | /s/ SHARI RUSK<br>SHARI RUSK<br>Counsel for Defendant<br>REGINALD THOMAS |

**ORDER**

IT IS SO ORDERED.

Dated: January 12, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE