Etan Zaitsu [CA SBN 287106]
Attorney at Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
(916) 542-0270
etan@zaitsulaw.com

Attorney for Defendant
REGINALD THOMAS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>REGINALD THOMAS,<br><br>　　　　　　　　Defendant. | Case No.: 2:20-CR-00012 MCE<br><br>**STIPULATION AND ORDER CONTINUING  STATUS CONFERENCE**<br><br>Date:　　October 7, 2021<br>Time:　　10:00a.m.<br>Court:　　Hon. Morrison C. England, Jr. |

STIPULATION

　　Defendant Reginald Thomas, by and through his counsel of record, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 7, 2021.
2. By this stipulation, defendant now moves to continue the status conference until October 21, 2021, and to exclude time between October 7, 2021, and October 21, 2021, under Local Code E and T4.
3. The parties agree and stipulate, and request that the Court find the following:
   a. The government has represented that the discovery associated with this case

1

**Stipulation and Order for Continuance**

      includes numerous reports and related documents, photographs, audio recordings, and videos. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b. New counsel for the defendant was appointed on June 22, 2021.  Counsel for defendant desires additional time to conduct investigation and research related to the charges, review discovery for this matter, to discuss potential resolutions with his client, and to otherwise prepare for trial.

c. Counsel for defendant has also filed a motion to dismiss in the defendant's related case (2:11-CR-00216), proposed to be heard on October 21, 2021. Defense counsel has represented that the resolution of that motion affects decisions moving forward in this case.

d. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Additionally, because a motion to dismiss has been filed in the defendant's related case, the resolution of which impacts decisions in this case, it is appropriate for the Court to continue this matter pursuant to 18 U.S.C. § 3161(h)(1)(D).

e. The government does not object to the continuance.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 7, 2021 to October 21, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(D) [Local Code E] and also under § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**Stipulation and Order for Continuance**

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 4, 2021                                   /s/ ETAN ZAITSU
　　　　　　　　　　　　　　　　　　　　　　　　　ETAN ZAITSU
　　　　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　　REGINALD THOMAS

Dated:  October 4, 2021                                   PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ TANYA B. SYED
　　　　　　　　　　　　　　　　　　　　　　　　　TANYA B. SYED
　　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated:  October 6, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

3

**Stipulation and Order for Continuance**