Etan Zaitsu [CA SBN 287106]
Attorney at Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
(916) 542-0270
etan@zaitsulaw.com

Attorney for Defendant
REGINALD THOMAS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>REGINALD THOMAS,<br><br>                  Defendant. | Case No.: 2:20-CR-00012 MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Date:    November 15, 2021<br>Time:   10:00a.m.<br>Court:  Hon. John A. Mendez |

## STIPULATION

Defendant Reginald Thomas, by and through his undersigned counsel, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate and request that the Status Conference previously set for November 15, 2021 be continued to December 14, 2021, at 9:30am. The defendant further agrees to waive time under the Speedy Trial Act pursuant to Local Code T4, defense preparation, up and through the December 14, 2021 date.

In support of this stipulation, the parties request that the Court find the following:

1. By previous order, this case, along with defendant's related case (2:11-CR-00216), was special set for status on November 15, 2021. On November 4, 2021, however,

1

**Stipulation and Order for Continuance**

both of defendant's cases were reassigned to the Honorable John A. Mendez.

2. Counsel for the defendant was initially appointed on June 22, 2021, following two prior CJA attorneys in this case. Since then, the government has represented that the discovery associated with this case includes numerous reports and related documents, photographs, audio recordings, and videos, and that all such discovery has been either produced directly to counsel and/or made available for inspection and copying.

3. At this time, counsel for defendant requires additional time to conduct investigation and research related to the charges, review discovery for this matter, discuss potential resolutions, and to otherwise prepare for trial.

4. The parties stipulate that the failure to grant the above-requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. For the purposes of calculating time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the parties agree and request that the time period from November 15, 2021 to December 14, 2021, inclusive, be excluded under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] upon such finding by the Court that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated:  November 10, 2021                           /s/ ETAN ZAITSU

                                              ETAN ZAITSU
                                              Counsel for Defendant
                                              REGINALD THOMAS

**Stipulation and Order for Continuance**

Dated:  November 10, 2021 PHILLIP A. TALBERT
Acting United States Attorney


 /s/ TANYA B. SYED
TANYA B. SYED
Assistant United States Attorney

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 12th day of November, 2021.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

3

**Stipulation and Order for Continuance**