Etan Zaitsu [CA SBN 287106]
Attorney at Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
(916) 542-0270
etan@zaitsulaw.com

Attorney for Defendant
REGINALD THOMAS

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>REGINALD THOMAS,<br><br>　　　　　　　Defendant. | Case No.: 2:20-CR-00012 JAM<br><br>**STIPULATION AND ORDER TO RESET MOTION SCHEDULE** |

STIPULATION

Defendant Reginald Thomas, by and through his counsel of record, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, defendant's motions were set to be due April 11, 2022, with government's response due May 13, 2022, and any reply due June 3, 2022.
2. By this stipulation, defendant now moves to reset the motion schedule as follows: defendant's motions due April 22, 2022; government's response due May 24, 2022; any reply due June 3, 2022.
3. Based on the representations made by defense counsel, that additional time is needed for research and preparation, the government joins and stipulates to this request.

By previous order, time is excluded under Local Code T4 until the next Status Conference, currently scheduled on June 7, 2022.

IT IS SO STIPULATED.

Dated:  April 11, 2022                                    /s/ ETAN ZAITSU
                                                          ETAN ZAITSU
                                                          Counsel for Defendant
                                                          REGINALD THOMAS


Dated:  April 11, 2022                                    PHILLIP A. TALBERT
                                                          United States Attorney


                                                           /s/ DENISE YASINOW
                                                          DENISE YASINOW
                                                          Assistant United States Attorney


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 12th day of April, 2022.


                                                          /s/ John A. Mendez
                                                          THE HONORABLE JOHN A. MENDEZ
                                                          UNITED STATES DISTRICT COURT JUDGE

**Stipulation and Order To Reset Motions Schedule**