PHILLIP A. TALBERT
United States Attorney
DENISE N. YASINOW
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff/Respondent
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REGINALD LAMONT THOMAS,<br><br>Defendant. | CASE NO. 2:20-CR-0012-KJM-JDP<br><br>[PROPOSED] ORDER GRANTING EXTENSION OF TIME |
|---|---|

On November 3, 2023, Respondent requested an extension of time to file its response or opposition to Defendant Thomas' pro se 28 U.S.C. § 2255 motion. Docket No. 150.

IT IS HEREBY ORDERED, that Respondent's request for an extension is granted. The response is now due February 8, 2024.

IT IS SO ORDERED.

Dated:   November 7, 2023                              _____
                                                                              JEREMY D. PETERSON
                                                                              UNITED STATES MAGISTRATE JUDGE