PHILLIP A. TALBERT
United States Attorney
DENISE N. YASINOW
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00012-KJM-JDP |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSION OF TIME |
| v. | |
| REGINALD LAMONT THOMAS, | |
| Defendant. | |

On September 3, 2024 the Government requested an extension of time to October 3, 2024, to file its response or opposition to defendant's *pro se* motions for motion for sentence reduction (Docket Nos. 173, 175).

IT IS HEREBY ORDERED that the Government's request for an extension is granted. The Government's response is now due October 3, 2024.

IT IS SO ORDERED.

Dated:   September 9, 2024

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1