BRIAN C. McCOMAS
California SBN 273161
The Law Office of B.C. McComas, LLP
PMB 1605, 77 Van Ness Ave., Ste. 101
San Francisco, CA 94102
Telephone: (415) 814-2465
Facsimile: (415) 520-2310
Email: mccomas.b.c@mccomasllp.com

Attorney for Defendant
REGINALD THOMAS

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff - Respondent,<br><br>  vs.<br><br>REGINALD THOMAS,<br><br>  Defendant - Petitioner. | Case No.  2:20-cr-00012-KJM-JDP<br><br>**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S FORTHCOMING AMENDED MOTION** |

## STIPULATION

## BACKGROUND

1. Defendant Thomas filed a *pro per* emergency motion re medical issues on November 20, 2023. Docket No. 176. Counsel was thereafter appointed for defendant on September 10, 2024. Docket No. 178. Counsel has obtained permission to file a supplemental motion for compassionate relief from Mr. Thomas. However, he must first exhaust his claims for relief.

2. Mr. Thomas asks to stipulate to a new briefing schedule to permit exhaustion and supplementation. The parties desire to stipulate to a briefing schedule for the amended motion. Counsel for respondent does not oppose this request.

3. Thomas will file the amended motion by October 20, 2024. Counsel for respondent will file an opposition by November 20, 2024. Thomas will file a reply by December 1, 2020.

**IT IS SO STIPULATED:**

DATED: September 17, 2024         PHILLIP A. TALBERT
                                  United States Attorney
                                  */s/ Denise Yasinow*
                                  DENISE YASINOW
                                  Assistant U.S. Attorney

DATED: September 17, 2024         */s/ B.C. McComas*
                                  BRIAN C. McCOMAS

                                  ATTORNEY FOR DEFENDANT
                                  REGINALD THOMAS

**O R D E R**

**IT IS SO ORDERED** on October 1, 2024. Thomas will file the amended motion by October 20, 2024. Counsel for respondent will file an opposition by November 20, 2024. Thomas will file a reply by December 1, 2020.

_____
**KIMBERLY J. MUELLER**
UNITED STATES DISTRICT COURT
CHIEF JUDGE