1  PHILLIP A. TALBERT
   United States Attorney
2  DENISE N. YASINOW
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8  IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00012-DC-JDP
12 | Plaintiff, | ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE
13 | v. |
14 | REGINALD THOMAS, |
15 | Defendant. |

16

17    Pursuant to Local Rule 141(b) and based upon the representations contained in the government's

18 Request to Seal, IT IS HEREBY ORDERED that Exhibit 2 to the government's opposition to the

19 defendant's motion for compassionate release pertaining to defendant Reginald Thomas, and the

20 Government's Request to Seal, shall be SEALED until further order of the Court.

21    It is further ordered that electronic access to the sealed documents shall be limited to the United

22 States and counsel for the defendant.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1

1    The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the government's Request, sealing the Request and Exhibit 2 serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the government would be harmed. In light of the public filing of the government's Notice to Seal, the Court further finds that there are no additional alternatives to sealing the government's Request and Exhibit 2 that would adequately protect the compelling interests identified by the government.

IT IS SO ORDERED.

Dated:  **December 3, 2024**                      _____
Dena Coggins
United States District Judge

2